# Court of Appeals
# of the State of Georgia

ATLANTA,  August 12, 2026

*The Court of Appeals hereby passes the following order:*

## A27A0032. CEDRIC MCCLENDON v. THE STATE.

Cedric McClendon pled guilty to trafficking in cocaine. Following his conviction, McClendon filed a "Motion for New Trial," which the trial court dismissed on May 8, 2026. He then filed a notice of appeal on June 22, 2026. We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-38(a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Kelly v. State*, 311 Ga. 827, 828 (860 SE2d 740) (2021). Because McClendon filed his notice of appeal 45 days after entry of the order he seeks to appeal, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  08/12/2026

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.